WR-48,100-03,04
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/18/2015 12:41:45 PM
Accepted 8/18/2015 1:27:53 PM
ABEL ACOSTA
CLERK

NO. WR-48,100-03 AND WR-48,100-04

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
8/18/2015
ABEL ACOSTA, CLERK

---

### EX PARTE REGINALD WAYNE GOUDEAU, Applicant

---

MOTION FOR EXTENSION OF TIME TO FILE
FACT ISSUES

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, REGINALD WAYNE GOUDEAU, Applicant in the above-entitled and numbered causes, and by and through his appointed attorney of record, Scott Ramsey, and moves this Honorable Court to extend the time for filing fact issues, and in support of this motion would show the Court as follows:

I.

In 2005, Applicant was convicted, upon his pleas of guilty, in the 262nd District Court, Harris County, Texas, of driving while intoxicated, and possession of cocaine, and sentenced to ten and fifteen years imprisonment, respectively. His convictions were appealed and affirmed. Applicant, pursuant to the provisions of Art. 11.07, Texas Code of Criminal Procedure, filed applications for writs of habeas corpus. After some delay, in December, 2014, the trial court signed findings of fact and conclusions of law recommending that the writ applications be dismissed. This Court entered an order on March 18, 2015, finding that the Applicant had alleged facts concerning ineffective assistance of counsel that might entitle him to relief. The trial court was ordered to make findings of fact and conclusions

of law resolving the issues.

On May 29, 2015, the trial court appointed the undersigned counsel to represent Applicant in these post-conviction writ proceedings. Counsel obtained and reviewed the writ applications filed.

In an effort to confer with Applicant, counsel made efforts to contact him through the address and phone numbers provided and also contacted Applicant's parole officer. Counsel received no response until recently when the parole officer advised him that Applicant has been returned to prison on new convictions. Based on the information provided, Counsel contacted Liberty County and learned that Applicant had been convicted of several felonies and sentenced on June 18, 2015 to the Texas Department of Corrections. (Exhibit "A")

Applicant is currently at the Holiday Unit in Huntsville, Texas and currently ineligible for visits.

Counsel has been unable to confer with Applicant concerning these writ proceedings. Counsel does not know if Applicant still wishes to pursue these cases and has not received the benefit of Applicant's explanation of the facts which support he points raised in his applications.

For these reasons, Counsel for Applicant requests an extension of time to file the factual issues and legal conclusions with this Court. This additional time will allow Counsel to confer with Applicant and request a hearing before the trial court. Counsel requests an extension until October 9, 2015.

II.

Counsel for Applicant requests this additional time not for the purpose of delay, but that adequate time and effort might be expended on behalf of Applicant in order to create a comprehensive record regarding the factual and legal issues in these writ applications.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant an extension of time to file the factual issues until October 9, 2015, and for such other and further relief to which he may show himself to be justly entitled.

Respectfully submitted,

SCOTT RAMSEY, ATTORNEY AT LAW

Scott Ramsey
State Bar No. 16523500
1212 Durham Dr.
Houston, Texas 77007
(713) 520-1620
Fax No. (713) 520-1620
ramseys1@flash.net
ATTORNEY FOR APPLICANT,
REGINALD WAYNE GOUDEAU

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Appellant's Motion for Extension to File Fact Issues, has been forwarded to Mr. Andrew J. Smith, Assistant District Attorney, Appellate Division, 1201 Franklin, Suite 600, Houston, Texas 77002, and The Honorable Denise Bradley, 262nd District Court, 1201 Franklin, Houston, Texas 77002, by facsimile, hand delivery, or certified mail, return receipt requested, on August 18, 2015.

Scott Ramsey

<u>VERIFICATION</u>

THE STATE OF TEXAS    §
                                 §
COUNTY OF HARRIS    §

      BEFORE ME, the undersigned authority, on this day personally appeared Scott Ramsey, attorney for Appellant, who being by me first duly sworn, stated upon his oath that he has read the foregoing Motion for Extension of Time to File Fact Issues, and the statements contained therein are true and correct to the best of his knowledge and belief.

_____
Scott Ramsey

      SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, this _18th_ day of _August_, 2015.

_____
Notary Public in and for
The State of Texas

CYNTHIA DIANE RODGERS
Notary Public, State of Texas
My Commission Expires
September 30, 2018

4